UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15 B 32689 |
| | CHAPTER 13 |
| TITO GONZALO GARCIA LOPEZ SR | |
| TERESA GARCIA | JUDGE CAROL A DOYLE |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** THE BANK OF NEW YORK MELLON

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 7 | 27 | XXXXXX8824 | $10,441.84 | $10,441.84 | $10,441.84 |
| Total Amount Paid by Trustee | | | | | $10,441.84 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X** Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 15-32689-CAD

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 11th day of April, 2019.

Debtor:
TITO GONZALO GARCIA LOPEZ SR
TERESA GARCIA
2744 N MELVINA AVE
CHICAGO, IL  60639

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
THE BANK OF NEW YORK MELLON
% BAYVIEW LOAN SERVICING LLC
4425 PONCE DE LEON BLVD
5TH FLOOR
CORAL GABLES, FL  33146

Mortgage Creditor:
ANSELMO LINDBERG OLIVER
1771 W DIEHL RD #120
NAPERVILLE, IL  60563

Mortgage Creditor:
MCCALLA RAYMER LEIBERT PIERCE LLC
1 N DEARBORN #1200
CHICAGO, IL  60602

ELECTRONIC SERVICE - United States Trustee

Date:  April 11, 2019

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603